# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 3, 2007

132029

ANTOINETTE LONG, as Next Friend of
Dounika Long, a Minor,
      Plaintiff-Appellant,

v

CHILDREN'S HOSPITAL OF MICHIGAN,
ALEXA CANADY, M.D., SANDEEP SOOD,
M.D., and PEDIATRIC NEUROSURGERY
GROUP, P.C.,
      Defendants-Appellees.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132029
COA: 266948
Wayne CC: 02-243011-NH

On order of the Court, the application for leave to appeal the August 1, 2006 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals for the reason that the insanity saving provision of MCL 600.5851(1) applies to the plaintiff's medical malpractice claims. *Vega v Lakeland Hospitals at Niles and St Joseph, Inc*, 479 Mich 243 (2007). We REMAND this case to the Wayne Circuit Court for further proceedings consistent with this order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

October 3, 2007

_____
Clerk

t0926